IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 09-515 |
| | ) |
| SPECIALIZED SECURITY RESPONSE, | ) |
| | ) |
| Defendant. | ) |

## VERDICT SLIP

1. Did Mr. Dean prove by a preponderance of the evidence that Specialized Security Response terminated Mr. Dean's employment in violation of the Fair Labor Standards Act?

_____YES        __X__NO

If you answered YES to Question 1, continue to Question 2.

If you answered NO to Question 1, STOP. Sign the verdict slip and signal that you have reached a verdict.

2. What amount of back pay losses did Mr. Dean prove he sustained from the date of his discharge to February 10, 2010?

$_____

Proceed to answer Question 3 if you did not find any back pay losses were sustained. Otherwise, skip Question 3 and proceed to answer Question 4.

      **3. If you did not find Mr. Dean proved any amount of back pay losses, you must award nominal damages of $1.00. What is the amount of nominal damages to which Mr. Dean is entitled from Specialized Security Response:**

      **Nominal (i.e.$1.00): $ _____**

      **4. a) Did Mr. Dean prove he is entitled to punitive damages?**

      _____ **YES**        _____ **NO**

      **b) If you answered yes, what amount of punitive damages do you award Mr. Dean?**

      **$ _____**

2

## Members of the Jury

1. _Kathleen Maloney_
   **Foreperson**

2. _Patricia Weyrauch_

3. _Bridget M Burn_

4. _[signature]_

5. _[signature]_

6. _Kathy Mingone_

7. _[signature]_

8. _[signature]_

Date: _1/19/12_