✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**WESTERN**  DISTRICT OF  **PENNSYLVANIA**

ANDREW DEAN

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   09-515

SPECIALIZED SECURITY RESPONSE

X **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The jury finds for defendants SPECIALIZED SECURITY RESPONSE and against plaintiff ANDREW DEAN.

JUDGMENT SO ORDERED AND TO BE ENTERED IN ACCORDANCE TO THE VERDICT RENDERED BY THE JURY.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI, U.S. DISTRICT JUDGE

January 25, 2012                                    ROBERT V. BARTH, JR., CLERK OF COURT
Date                                                        Clerk

/s/ Sharon Conley
(By) Deputy Clerk